July 17, 2013

The Honorable Patrick J. Duggan
United States District Court
Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 867
Detroit, MI 48226

Re:     All patent litigation cases filed by Beacon Navigation GmbH against various defendants,
        Case Nos.:

| | | |
|---|---|---|
| 2:13-cv-11378-PJD-MAR | 2:13-cv-11380-PJD-MAR | 2:13-cv-11381-PJD-MAR |
| 2:13-cv-11382-PJD-MAR | 2:13-cv-11386-PJD-MAR | 2:13-cv-11387-PJD-MAR |
| 2:13-cv-11389-PJD-MAR | 2:13-cv-11405-PJD-MAR | 2:13-cv-11407-PJD-MAR |
| 2:13-cv-11410-PJD-MAR | 2:13-cv-11412-PJD-MAR | 2:13-cv-11413-PJD-MAR |
| 2:13-cv-11414-PJD-MAR | 2:13-cv-11416-PJD-MAR | 2:13-cv-11422-PJD-MAR |
| 2:13-cv-11424-PJD-MAR | 2:13-cv-11440-PJD-MAR | 2:13-cv-11441-PJD-MAR |
| 2:13-cv-11444-PJD-MAR | 2:13-cv-11448-PJD-MAR | 2:13-cv-11452-PJD-MAR |
| 2:13-cv-11455-PJD-MAR | 2:13-cv-11459-PJD-MAR | 2:13-cv-11497-PJD-MAR |
| 2:13-cv-11499-PJD-MAR | 2:13-cv-11504-PJD-MAR | 2:13-cv-11505-PJD-MAR |
| 2:13-cv-11506-PJD-MAR | 2:13-cv-11507-PJD-MAR | 2:13-cv-11508-PJD-MAR |
| 2:13-cv-11509-PJD-MAR | 2:13-cv-11510-PJD-MAR | 2:13-cv-11511-PJD-MAR |
| 2:13-cv-11512-PJD-MAR | 2:13-cv-11513-PJD-MAR | 2:13-cv-11514-PJD-MAR |
| 2:13-cv-11516-PJD-MAR | 2:13-cv-11517-PJD-MAR | |

Dear Judge Duggan:

        We write on behalf of Plaintiff Beacon Navigation GmbH ("Beacon"), in the above
referenced matters.  This letter is provided as a follow up to the July 10, 2013 status conference,
at which Beacon was requested to provide three pieces of information: (1) the status of the two
cases against Saab entities, and specifically whether those cases should be dismissed; (2) the
status of Beacon's Motions to Lift Discretionary Stays in the Audi 2 and Volkswagen 2 cases;
and (3) the status of reexaminations for Beacon's eight patents.

        First, regarding the two cases against Saab entities (2:13-cv-11506 and 2:13-cv-11505),
Beacon intends to move for dismissal of these two cases.  Both Saab entities filed for bankruptcy
and at this time Beacon does not intend to pursue litigation against the two Saab entities.

        Second, Your Honor asked about the status of Beacon's Motions to Lift Discretionary
Stays, filed in the 2:13-cv-11405 (Audi 2) and 2:13-cv-11512 (Volkswagen 2) cases.  The docket
entries for the corresponding motions are D.I. 36 in Audi 2 and D.I. 36 in Volkswagen 2.
Although the actions are technically stayed, the parties have been acting as though the cases are
not stayed, and Beacon's motions to lift stays were not opposed.  Nonetheless, these two motions

have not been ruled on, and because these two cases are technically stayed, Beacon requests that the Court consider and rule on these two pending motions. If the Court would like us to renew these motions or provide any additional information in connection with these motions, we would be happy to do so.

Third, the status of reexamination proceedings is as follows: Beacon's eight patents have been subject to twelve separate requests or petitions for reexamination, filed in some instances by defendants in litigation and in other instances by suppliers of navigation systems to defendants. The status of these twelve reexamination requests/petitions is set forth in the table below:

| Patent Number | Reexamination Number | Claims Reexamination Granted For | Date Request/Petition Filed | Status |
|---|---|---|---|---|
| 6,374,180 | 95/001852 | 1 | September 18, 2000 | Completed |
| 6,178,380 | 90/012047 | 1, 26, and 29 | December 13, 2011 | Completed |
| 6,029,111 | 90/012070 | 1, 10, and 17 | December 28, 1995 | Completed |
| 6,029,111 | IPR2013-00026 | 2-3, 5-6, 11-13, 18-20, and 22 | October 18, 2012 | In prosecution; oral argument scheduled for December 13, 2013 |
| 5,862,511 | 90/012109 | 1 and 3 | January 27, 2012 | Completed |
| 5,862,511 | 90/012743 | 1 and 3 | December 17, 2012 | Stayed pending IPR2013-00027 |
| 5,862,511 | IPR2013-00027 | None- Petition denied | October 18, 2012 | Pending Motion for Rehearing |
| 6,360,167 | 90/012272 | 1 and 32 | April 26, 2012 | Pending appeal |
| 5,819,201 | 90/012271 | 1 and 12 | April 26, 2012 | In prosecution; pending response to non-final office action |
| 5,819,201 | 90/012382 | 18 | June 29, 2012 | In prosecution; pending response to non-final office action |
| 6,163,269 | 90/012270 | 1, 7, and 11 | April 26, 2012 | In prosecution; pending request for reconsideration |
| 5,878,368 | 90/012269 | 1 and 15 | April 26, 2012 | In prosecution; pending appeal period |

Please contact us if the Court would like any further information on these or any other topics.

Respectfully submitted,

/s/ Kevin Jones
Kevin C. Jones