IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEACON NAVIGATION GmbH, §
§
      Plaintiff, §   Civil Action No. 13-cv-11407-PJD-MAR
§
      v. §   Hon. Patrick J. Duggan
§   Mag. Mark A. Randon
BAYERISCHE MOTOREN §
WERKE AG, et al., §
§
      Defendants.

## CORRECTED NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS

TO ALL PARTIES AND COUNSEL OF RECORD PLEASE TAKE NOTICE:

    Kevin C. Jones and Michael C. Ting, counsel for Plaintiff Beacon Navigation GmbH, are no longer affiliated with Freitas Tseng & Kaufman LLP. All pleadings, notices, correspondence and other documents should be addressed to them as follows:

    Kevin C. Jones
    TechKnowledge Law Group LLP
    1521 Diamond Street
    San Francisco, CA 94131
    Tel: (650) 867-7776
    Email: kjones@techknowledgelaw.com

    Michael C. Ting
    TechKnowledge Law Group LLP
    1521 Diamond Street
    San Francisco, CA 94131
    Tel: (408) 646-1131
    Email: mting@techknowledgelaw.com

Dated:  July 25, 2013										Respectfully submitted,

AIDENBAUM SCHLOFF AND BLOOM PLLC


*/s/ Jay Schloff*
Jay Schloff (P60183)
AIDENBAUM SCHLOFF AND BLOOM PLLC
6960 Orchard Lake Road, Suite 250
West Bloomfield, MI 48322
Tel: (248) 865-6500
jschloff@aidenbaum.com


Kevin C. Jones (admitted in E.D. Michigan)
Michael C. Ting (admitted in E.D. Michigan)
TECHKNOWLEDGE LAW GROUP LLP
1521 Diamond Street
San Francisco, CA  9413
Tel: (650) 867-7776
kjones@techknowledgelaw.com
mting@techknowledgelaw.com


 Attorneys for Plaintiff
 Beacon Navigation GmbH

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 25, 2013 a true and correct copy of **CORRECTED NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS** was electronically filed via the ECF system, which sends notification to all attorneys of record.

/s/ Jay Schloff